

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Monique Sauls and All Occupants,
Appellants

No. 06-18-00088-CV          v.

Trails at Vintage Creek, Appellee

Appeal from the County Court at Law No. 1 of Travis County, Texas (Tr. Ct. No. C-1-CV-18-000662). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellants, Monique Sauls and All Occupants, have adequately indicated their inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 21, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk